MARIE JACKSON, Appellant, v. A. B. & C. MOTOR TRANSPORTATION CORP. et al., Respondents.— Judgment dismissing the complaint after a jury trial in this personal injury negligence action, unanimously affirmed, without costs, on the ground that plaintiff in the first instance never made out a prima facie case of negligence. Consequently the court does not reach the other serious questions raised. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

IRVING F. KRAUSE, Appellant, v. EDITH K. KRAUSE, Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

(A) In the Matter of the Arbitration between PETROLEUM CARGO CARRIERS, LTD., and UNITAS, INC. (SOUTHERN SEAS, INC.) Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ. (B) In the Matter of BERNARD J. REILLY v. EDWARD F. CAVANAGH, JR., et al. (C) In the Matter of JOHN F. PILKINGTON v. EDWARD F. CAVANAGH, JR., et al. (D) In the Matter of RONALD J. NEWHOOK v. EDWARD F. CAVANAGH, JR., et al. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ. (E) JOSEPH M. JAFFIN v. GENERAL MACHINE PARTS CO., INC. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ. (F) INDUSSA CORPORATION v. BLAKE SUPPLY INWOOD CORPORATION. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ. (G) In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Lincoln Square Slum Clearance Project within the area Bounded by West 60th Street and Other Streets in the Borough of Manhattan. LINCOLN ARCADE, INC., Appellant. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ. (H) SLAVENBURG SOELLING CORPORATION v. W. A. ASSOMULL & CO., INC., et al. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. (I) JEREMIAH STELZNER et al. v. FIRST AVENUE AND SEVENTEENTH STREET CORPORATION. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. (J) In the Matter of SHEPARD TRAUBE et al. v. TEMPORARY STATE HOUSING RENT COMMISSION.— Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ. [In each action] Motion for leave to appeal to the Court of Appeals denied.

IRVING BARELKO v. POWDER POWER TOOL CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

ESTELLE GALLAGHER et al. v. ALFRED A. RICHMAN Doing Business as MANHATTAN GENERAL HOSPITAL et al. (Two Actions.) — Motion[s] to dismiss appeal granted. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.